

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00214-CR

Jose **HERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR6911
Honorable Andrew Carruthers, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, appellant's request to dismiss this appeal is GRANTED, and this appeal is DISMISSED.

SIGNED April 17, 2013.

Catherine Stone, Chief Justice